IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02481-WDM-BNB

LARRY BECKETT,

Movant,

v.

SOCIAL SECURITY ADMINISTRATION OFFICE OF THE INSPECTOR GENERAL,

Defendant.

_____

**ORDER**
_____

This matter is before me on the **Defendant's [Amended] Motion and Affidavit for Reconsideration and to Vacate Judgment** (the "Motion for Reconsideration"), filed June 24, 2005.

This case arises from the movant's Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 (the "Motion to Quash"). That motion sought an order quashing a subpoena directed to Bank One for financial records of the movant.

By order dated April 4, 2005, I required that the OIG respond to the Motion to Quash on or before April 18, 2005, and I set the matter for hearing on May 20, 2005. I served the April 4 order on the only addressee I could discern from the materials attached to the Motion to Quash-- Steven W. Mason, the Deputy Assistant Inspector General for Investigations. The OIG did not respond. In the absence of such a response demonstrating that the subpoenaed financial records pertain to a legitimate law enforcement inquiry and that the records sought are relevant to that

inquiry, see 12 U.S.C. §3410(c), I granted the Motion to Quash by order dated April 27, 2005.

The OIG asks me to reconsider my April 27 order. It argues that it did not receive my order requiring a response to the Motion to Quash until May 16, 2005.

I held a hearing on these matters this morning, at which time I was informed of Mr. Beckett's desire to withdraw his Motion to Quash and his resistence to the subpoena. Accordingly, and for the reasons stated on the record:

IT IS ORDERED that the Motion to Reconsider is GRANTED.

IT IS FURTHER ORDERED that my order of April 27, 2005, is WITHDRAWN.

IT IS FURTHER ORDERED that the Social Security Administration Office of Inspector General may review the materials it received from Bank One in response to the subpoena.

Dated September 21, 2005.

BY THE COURT:

    s/ Boyd N. Boland
United States Magistrate Judge